IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GEORGE WHITE and BARBARA WHITE, )
  as husband and wife, )
                            Plaintiffs, )
vs. ) NO. CIV-12-263-D
MEDTRONIC, INC., and MEDTRONIC )
  USA, INC., )
                            Defendants. )

## ADMINISTRATIVE CLOSING ORDER

      Pursuant to the Order entered separately herein and staying this action pending the decision of the Tenth Circuit Court of Appeals in *Caplinger v. Medtronic*, this action is hereby administratively closed during the period of the stay. The Clerk shall administratively terminate this action in his records until the Circuit issues its mandate.

      IT IS SO ORDERED this 27th day of August, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE